FORGE SQUARE ASSOCIATES LIMITED PARTNERSHIP *v.*
CONSTRUCTION SERVICES OF BRISTOL, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 669 (AC 12127), is denied.

*Louis R. Pepe,* in support of the petition.

*Raymond A. Garcia, Gregory R. Faulkner* and *Constantine G. Antipas,* in opposition.

Decided April 28, 1994

STATE OF CONNECTICUT *v.* MICHAEL A. WALKER

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 763 (AC 12841), is denied.

*Lori Welch-Rubin,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided April 28, 1994

STATE OF CONNECTICUT *v.* LAMONT A. BARNES

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 603 (AC 11640), is granted, limited to the following issue: